# UNITED STATES DISTRICT COURT
## for the

Eastern District of North Carolina

United States of America

v.

Tony Johnson

Date of Original Judgment:                     October 25, 2012
Date of Previous Amended Judgment:         July 26, 2013
*(Use Date of Last Amended Judgment if Any)*

Case No:    7:12-CR-19-2FL

USM No:   14215-056

Vidalia Patterson
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

Johnson was sentenced under the provisions of the Fair Sentencing Act of 2010 and/or the retroactive crack cocaine amendments.  The court fully considered the relevance of each applicable provision to the defendant's case and where the court found him eligible, the authorized provisions were applied.  No further consideration is warranted.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 25, 2012, and July 12, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date:    2/25/2014

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Louise Wood Flanagan, U.S. District Judge
*Printed name and title*