UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
DOCKET NO.: 7:12-CR-19-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| TONY JOHNSON | ) | |

This cause came on for judgment upon a Bill of Indictment to which the defendant entered a plea of guilty to Possession with Intent to Distribute a Quantity of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) on May 16, 2012. On October 25, 2012, the undersigned United States District Judge ordered the defendant to the custody of the Bureau of Prisons for 105 months, imposed a special assessment of $200.00, and ordered a fine of $1,000.00. It was further adjudged that, upon release from confinement, the defendant be placed on supervised release for a term of 3 years. The conditions of supervision included that he pay the special assessment and fine.

It now appears that Tony Johnson died on July 7, 2014, at which time he owed a special assessment balance of $175.00 and a fine balance of $1,000.00.

**THEREFORE,** the court does find and conclude that said special assessment and fine did abate with the death of said debtor whose estate cannot be charged therewith.

This the  12th  day of  August  , 2014.

_____
Louise W. Flanagan
U.S. District Judge